# Gusrae Kaplan Nusbaum PLLC

### ATTORNEYS AT LAW

RICHARD DEVITA
TIMOTHY FEIL
SCOTT H. GOLDSTEIN
MARTIN H. KAPLAN
LAWRENCE G. NUSBAUM
KARI PARKS

120 WALL STREET – 25TH FLOOR
NEW YORK, NEW YORK 10005

425 BROADHOLLOW ROAD
SUITE 300
MELVILLE, NEW YORK 11747

TEL. (212) 269-1400
FAX  (212) 809-4147

www.gusraekaplan.com

OF COUNSEL
ROBERT L. BLESSEY

May 8, 2024

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1106
New York, New York 10007

RE: <u>United States v. Hanratty</u>, 24 Cr. 153 (LGS)

Dear Judge Schofield:

I represent Defendant John Hanratty in the above-captioned action and write to respectfully request that the Court amend its May 6, 2024 "**Order**" granting in part Mr. Hanratty's "**Motion**" to modify bail conditions, to which neither the Prosecution nor Pretrial Services objected. <u>See</u> <u>Dkt. 25</u> (May 6, 2024).

Mr. Hanratty's Motion asked the Court to modify his bond conditions to allow him to travel throughout the United States and Puerto Rico, so long as he had Pretrial's prior approval. <u>See</u> <u>Dkt. 24</u> (May 1, 2024). The Motion included Puerto Rico because Mr. Hanratty lives in Puerto Rico. However, the ensuing order included only the continental United States, not Puerto Rico. <u>See</u> Order.

GUSRAE KAPLAN NUSBAUM PLLC

The Honorable Lorna G. Schofield
May 8, 2024
Page 2

Because Mr. Hanratty has lived in Puerto Rico for several years and continues to live in Puerto Rico, but travel to the continental United States to honor his Court, family, and work obligations, we respectfully request that the Court either (a) amend its Order or (b) issue a new order allowing Mr. Hanratty to travel within both the continental Untied States and Puerto Rico, so long as he has obtained Pretrial's prior approval. Thank you for your consideration.

Respectfully submitted,

/s/ Kari Parks
Kari Parks

Application Granted.  Defendant's conditions of release are hereby modified to permit travel throughout the continental United States and Puerto Rico with prior approval of Pretrial Services.  All other conditions shall remain in effect.  The Clerk of the Court is directed to terminate the letter motion at docket number 26.

Dated: May 9, 2024
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE