UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JOHN ARTHUR HANRATTY,<br><br>Defendant. | ~~TO BE FILED UNDER SEAL~~<br><br>**POST-INDICTMENT RESTRAINING ORDER**<br><br>24 Cr. 153 (LGS) |

Upon the application of DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, pursuant to Title 18, United States Code, Sections 982 and Title 21, United States Code, Section 853, based on the Affidavit of Special Agent Lauren Collins, Federal Bureau of Investigation, executed on March 19, 2024, and upon a finding of probable cause, that the Subject Property, defined below, is subject to restraint and forfeiture pursuant to Title 18, United States Code, Sections 982 and Title 21, United States Code, Section 853,

**IT IS HEREBY ORDERED** that JOHN ARTHUR HANRATTY (the "Defendant") and all attorneys, agents, and employees, and anyone acting on the behalf of the Defendant, and all persons or entities in active concert or participation with any of the above, and all persons or entities having actual knowledge of this Order, shall not take any action prohibited by this Order.

**IT IS FURTHER ORDERED** that JOHN ARTHUR HANRATTY (the "Defendant"), and all attorneys, agents, and employees, and anyone acting on the behalf of Defendant, and all persons or entities in active concert or participation with any of the above, and all persons or entities having actual knowledge of this Order, shall not, directly or indirectly, transfer, sell, assign, pledge, hypothecate, encumber, or dispose of in any manner; cause to be transferred, sold, assigned, pledged, hypothecated, encumbered, disposed of in any manner; or take, or cause to be taken, any action that would have the effect of depreciating, damaging, or in any way diminishing the value of property or other interests belonging to, or owed to, or controlled in

whole or in part by the defendant, which property or other interests are subject to forfeiture. The property and other interests hereby restrained include, but are not limited to, the following:

    a. Any and all assets held by Ebury Fund 1 and Ebury Fund 2, including municipal tax liens and real estate;

(collectively, the "Subject Property")

all of which (i) constitute funds traceable to a violation of 18 U.S.C. §§ 1343 and 1344 (wire fraud and bank fraud) and/or (ii) property involved in violation of 18 U.S.C. § 1957 (money laundering).

    **IT IS FURTHER ORDERED** that the United States Attorney's Office for the Southern District of New York, in its discretion, is authorized to direct the release of assets restrained herein;

    **IT IS FURTHER ORDERED** Any person or entity claiming an interest in the assets listed in this Order may contact the following Assistant United States Attorney to clarify the scope of the Order: Assistant United States Attorneys Andrew K. Chan and Nicholas Chiuchiolo, Telephone Number (212) 637-1072 and (212) 637-1247. Those persons or entities will not be deemed in violation of this Order for any transactions undertaken upon approval made by Assistant United States Attorneys Andrew K. Chan and Nicholas Chiuchiolo.

    **IT IS FURTHER ORDERED** that this Restraining Order shall be binding upon the defendant, the attorneys, agents, and employees, and all persons in active concert or participation with any of the above, or any other person having actual knowledge of this Order, and that this Order shall remain in effect until further order of this Court;

    **IT IS FURTHER ORDERED** that this Restraining Order and all papers submitted therewith shall be maintained under seal until such time as the unsealing of the above-captioned criminal Indictment, except that the United States Attorney's Office or its designee(s) may

3

provide copies of this Order to any person in order to facilitate the execution of this Restraining Order, including any relevant financial institutions and/or the defendant; and

**IT IS FURTHER ORDERED** that service of a copy of this Order shall be made on the defendant or his attorney(s) by regular mail.

Dated: New York, New York
       March 25, 2024

SO ORDERED:

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**