UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                               :
UNITED STATES OF AMERICA,        :
                                                               :        24 Cr. 153 (LGS)
                -against-                  :
                                                                 :        <u>ORDER</u>
JOHN ARTHUR HANRATTY,          :
                               Defendant.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the status conference currently scheduled for September 3, 2023, is adjourned to **October 15, 2024, at 10:30 a.m.**

Dated: August 26, 2024
       New York, New York

                                                                    **LORNA G. SCHOFIELD**
                                                        **UNITED STATES DISTRICT JUDGE**