UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                    :
  UNITED STATES OF AMERICA,        :
                                      :
             -against-           :          24 Cr. 153 (LGS)
                                      :
  JOHN ARTHUR HANRATTY,        :           ORDER
                      Defendant.  :
                                      :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant's motion for a *Monsanto* hearing was granted. It is hereby

**ORDERED** that, by **December 6, 2024**, the parties shall file a joint letter proposing a mutually agreeable dates and times for a *Monsanto* hearing to be held in person on a Monday or Tuesday, as well as any other proposals concerning the hearing.

Dated: December 2, 2024
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE