# GUSRAE KAPLAN NUSBAUM PLLC

### ATTORNEYS AT LAW

| | | |
|---|---|---|
| RICHARD DEVITA<br>TIMOTHY FEIL<br>SCOTT H. GOLDSTEIN<br>MARTIN H. KAPLAN<br>LAWRENCE G. NUSBAUM<br>KARI PARKS | 120 WALL STREET – 25TH FLOOR<br>NEW YORK, NEW YORK 10005<br><br>425 BROADHOLLOW ROAD<br>SUITE 300<br>MELVILLE, NEW YORK 11747<br><br>TEL. (212) 269-1400<br>FAX. (212) 809-4147<br><br>www.gusraekaplan.com | OF COUNSEL<br>ROBERT L. BLESSEY |

January 10, 2025

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

RE: <u>United States v. Hanratty</u>, 24 Cr. 153 (LGS)

Dear Judge Schofield:

      I represent Defendant John Hanratty in the above-captioned action and write to respectfully request permission to bring into Your Honor's courtroom my cell phone and a laptop during the upcoming <u>Monsanto</u> hearing on Monday, January 13, 2025. Some exhibits to the Parties' January 8 submissions, specifically Exhibit 4 of the Government's Letter Response to Defendant's Motion (Dkt. 66) and Exhibits E and F of the Declaration of Kari Parks (Dkt. 68), are voluminous Microsoft Excel documents that are not easily convertible to print form. Accordingly, I respectfully request to bring my cell phone and laptop to Monday's hearing so that, should the need to refer to these Exhibits arise, I can easily access and navigate them through the use of these devices.

      Thank you for your attention to and consideration of this matter.

*Application Granted in part. The Court will issue a separate Order regarding permission to bring electronic devices into the courthouse. The Clerk of the Court is directed to terminate the letter motion at docket number 69.*

Respectfully submitted,

/s/ Kari Parks
Kari Parks

*Dated: January 10, 2025*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE