UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :     24 Cr. 153 (LGS)
               -against-                                    :
                                                            :     **ORDER**
JOHN ARTHUR HANRATTY,                                       :
                                  Defendant.                :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the order dated January 14, 2025, directed Defendant shall file a letter including any request for appointment of counsel under the Criminal Justice Act by January 20, 2025. It is hereby

**ORDERED** that a conference is scheduled for **January 16, 2025, at 4:15 P.M.** to address Ms. Parks' letter seeking clarification on the CJA appointment. The parties shall call (855) 244-8681 and enter the access code 2311 193 8649. It is further

**ORDERED** that the deadline to file the directed letter is extended to **January 21, 2025**, **at 12:00 P.M.**

Dated: January 15, 2025
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE