

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 10, 2025

**BY ECF**

<span style="color:blue">Application **GRANTED** in part.  The parties shall exchange their objections to exhibits by **April 16, 2025**.  The remainder of the parties' application will be discussed at the conference scheduled for April 14, 2025, at 11:00 a.m.</span>

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

<span style="color:blue">Dated:  April 10, 2025
       New York, New York</span>

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

   Re:    *United States v. John Arthur Hanratty*, 24 Cr. 153 (LGS)

Dear Judge Schofield:

   Trial in this matter is scheduled to begin on April 21, 2025.  As the Court is aware, the defendant has filed an emergency motion with the Second Circuit to stay the trial.  (*U.S. v. Hanratty*, 25-211, Dkt. 27.1).  Oral argument has been scheduled for the morning of April 22, 2025.  The Government understands that Kari Parks will be arguing the motion on behalf of the defendant in the Second Circuit.  The Government respectfully request that jury selection begin on April 21, 2025, but that the Court adjourn further trial proceedings to April 23, 2025, including opening statements and the presentation of witness testimony, to accommodate the Circuit argument.

   To ensure the efficient presentation of evidence and accommodate the modified exhibit deadlines,[1] the Government respectfully requests that the Court schedule a conference on the afternoon of April 22, 2025, to discuss the pre-admission of the parties' exhibits and any outstanding evidentiary objections.  The proposed scheduling modification is further requested because several of the Government's anticipated witnesses are traveling from outside of the District.  A date certain for the commencement of witness testimony will minimize the burden imposed on these witnesses.

   For the foregoing reasons, the Government respectfully request that the Court (i) order the parties to exchange their objections to exhibits by April 16, (ii) begin jury selection on April 21,

---

[1] Consistent with the Court's March 26, 2025, order, the parties intend to exchange exhibits today. (Dkt. 102).  Given the volume of exhibits and the upcoming Easter holiday, however, the parties do not believe there will be sufficient time to confer as to the admissibility of the exhibits in advance of the final pretrial conference, which is scheduled for April 14, 2025.

(iii) adjourn the trial on April 22 and schedule a conference that afternoon to discuss the pre-admission of the parties' exhibits, and (iv) either resume jury selection on April 23, or if a jury has been selected, commence opening statements and witness testimony.

The defendant joins in this request to the extent the Second Circuit does not stay these proceedings.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

by:  ___/s/_____
Danielle Kudla / Adam Sowlati
Assistant United States Attorneys
(212) 637-2304 / 2438

Cc:    Defense Counsel (by ECF)