UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    :
  UNITED STATES OF AMERICA,    :
    :
    :    24 Cr. 153 (LGS)
    -against-    :
    :
    :    **ORDER**
  JOHN ARTHUR HANRATTY,    :
                         Defendant.  X
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the final pretrial conference is scheduled to take place on Monday, July 7, 2025.

    WHEREAS, the Court is closed on July 3, 2025, and July 4, 2025.

    WHEREAS, Rule I.B.2 of the Court's Individual Rules and Procedures as relevant here has three requirements: (1) one week prior to the final pretrial conference (i.e. yesterday, June 30, 2025), the parties must provide the Court with an exhibit list, identifying each exhibit to be used in their case in chief and demonstrative aids, and stating for each the nature of any objection; (2) at least two business days before the final pretrial conference (i.e., today July 1, 2025), the parties must file a letter identifying objections they have been unable to resolve and (3) one week prior to the final pretrial conference (i.e. yesterday, June 30, 2025), if there are too many exhibits with objections to make a discussion of each one practical, the parties must file a letter grouping objections into no more than five categories with representative samples of each category and explain the nature of the objection.

    WHEREAS, the parties neither requested nor received an extension of any of the deadlines set by Rule I.B.2 and have not complied with the foregoing provisions.

WHEREAS, Individual Rule A.B.2 requires all communications with Chambers be made by letter filed on the docket.

WHEREAS, on June 30, 2025, the Government informed the Court by email of the parties' intention to provide their respective exhibit lists "with highlighted rows noting the remaining objections" on Thursday, July 3, 2025, "to be discussed at the final pretrial conference."

WHEREAS, the parties' planned submission of their exhibit lists "with highlighted rows noting the remaining objections" on July 3, 2025, and apparent intention not to file any letter(s) as required by Rule I.B.2 is untimely and in violation of the Court's rules.

WHEREAS, the parties also failed to submit copies of any demonstrative aids in accordance with Rule I.B.2.  It is hereby

ORDERED that the parties shall file their exhibit lists with objections and submit their demonstrative aids by **July 3, 2025**, and shall file their letter(s) as required by Rule I.B.2 by **July 7, 2025**.  A supplemental conference will be held to review objections to exhibits on **July 14, 2025**, at **3:00 p.m.** in Courtroom 1106, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated: July 1, 2025
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE