UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES OF AMERICA,      :
                                      -against-      :      24 Crim. 153 (LGS)
    JOHN ARTHUR HANRATTY,      :      **ORDER**
                                  Defendant.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on July 3, 2025, Defendant filed his exhibit list. *See* Dkt. No. 131.

    WHEREAS, on July 9, 2025, Defendant filed his Opposition to Government's Objections to Defense Exhibits. *See* Dkt. 140. Defendant then filed a "Corrected" Opposition on July 10, 2025. Dkt. No. 141.

    WHEREAS, Dkt Nos. 131, 140 and 141 refer to Defendant's exhibit list as including "cross-examination and impeachment exhibits." (*See, e.g.*, Dkt No. 131-1 at 1).

    WHEREAS, pursuant to the Court's Individual Trial Rules and Procedures, a party is required to disclose, and the Court ordinarily preadmits, only those "exhibits . . . [that the party] intends to use in their case in chief at trial." *See* R. I.B.2.

    WHEREAS, Defendant is under no obligation to put on any case or disclose whether it will do so at this point. However, clarity regarding Defendant's exhibit list will assist the Court in ruling on objections and determining which documents to pre-admit. It is hereby

    **ORDERED** that Defendant file a letter by **end of day July 10, 2025**, indicating which exhibits referenced in the parties' recently filed letters concerning objections (Dkt. Nos. 133, 10, 141), if any, Defendant intends to introduce during his case in chief at trial and how the process

of conditionally pre-admitting any other exhibits (e.g., cross or impeachment material) would help streamline trial.  It is further

    **ORDERED** that, Defendant may, but is not required to, amend his exhibit list considering the Court's Rule that parties need include on their exhibit list only evidence to be introduced during their case in chief (i.e., not cross or impeachment material).  If Defendant chooses to provide such a list, Defendant may indicate which exhibits were removed.  It is further

    **ORDERED** that Defendant file a redline showing all changes made to the first three pages of Dkt. 140, as between Defendant's initial and corrected Oppositions to Government's Objections to Defense Exhibits, filed at Dkt. Nos. 140 and 141, as soon as possible and in any event by **end of day July 10, 2025**.  This may be done as an attachment to Defendant's letter to the Court, as ordered above.

Dated: July 10, 2025
      New York, New York

                                            LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE