## GUSRAE KAPLAN NUSBAUM PLLC

ATTORNEYS AT LAW

| | | |
|---|---|---|
| RICHARD DEVITA<br>TIMOTHY FEIL<br>SCOTT H. GOLDSTEIN<br>MARTIN H. KAPLAN<br>LAWRENCE G. NUSBAUM<br>KARI PARKS | 120 WALL STREET – 25TH FLOOR<br>NEW YORK, NEW YORK 10005<br><br>425 BROADHOLLOW ROAD<br>SUITE 300<br>MELVILLE, NEW YORK 11747<br><br>TEL. (212) 269-1400<br>FAX (212) 809-4147<br><br>www.gusraekaplan.com | OF COUNSEL<br>ROBERT L. BLESSEY |

July 10, 2025

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1106
New York, NY 10007

      RE:    <u>United States v. Hanratty</u>, 24 Cr. 153 (LGS)

Dear Judge Schofield:

    I represent Defendant John Hanratty in the above-captioned action and write to respectfully request that the Court strike Docket Number 140. Docket Number 140 is a prior, outdated version of Mr. Hanratty's letter in opposition to the Government's objections to his exhibits that was filed this morning as Docket Number 141.

    To eliminate any confusion as to the most accurate and updated version of Mr. Hanratty's letter, I respectfully request that Docket Number 140 be struck from the record. I apologize for the inconvenience and thank the Court for the opportunity to clean up the docket.

Respectfully Submitted,

/s/ Kari Parks

Kari Parks

CC: All counsel of record (via ECF)

Application **GRANTED**.

The Clerk of Court is respectfully requested to strike the letter filed at Dkt. No. 140.

Dated: July 10, 2025
    New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE