UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
    UNITED STATES OF AMERICA,

                             -against-

    JOHN ARTHUR HANRATTY,
                                Defendant.
------------------------------------------------------------ X

24 Cr. 153 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

    It is hereby

    **ORDERED** that the final charging conference will be held telephonically on **August 1, 2025, at 1 pm**. The hearing can be accessed by calling (855) 244-8681 and entering the access code 2311 193 8649.

Dated: July 29, 2025
       New York, New York

                                                  LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE