UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
                                                           :
UNITED STATES OF AMERICA,                                  :
                                                           :
                                                           :     24 Cr. 153 (LGS)
                        -against-                          :
                                                           :         **ORDER**
                                                           :
JOHN ARTHUR HANRATTY,                                      :
                                              Defendant.   X
-----------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Government informed the Court by email that it anticipates a lengthy

conference to address the pre-admission of Defendant's remaining exhibits.  It is hereby

**ORDERED** that the exhibit conference will begin at **9:30 am on July 31, 2025**.  It is

further

**ORDERED** that the parties shall meet and confer between 8:30am and 9:30 am prior to

the conference.

Dated: July 30, 2025
       New York, New York

_____
        **LORNA G. SCHOFIELD**
     **UNITED STATES DISTRICT JUDGE**