UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                              -against-

    JOHN ARTHUR HANRATTY,
                                Defendant.
------------------------------------------------------------- X

24 Cr. 153 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated July 29, 2025, set the charging conference for 1 pm on August 1, 2025.  It is hereby

    **ORDERED** that the charging conference will now be held at **9:30 am on August 1, 2025**.  The hearing can be accessed by calling (855) 244-8681 and entering the access code 2311 193 8649.

Dated: July 31, 2025
       New York, New York

                                                      LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE