UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
  UNITED STATES OF AMERICA,                                  :
                                                             :
                                                             :          24 Cr. 153 (LGS)
                         -against-                           :
                                                             :            **ORDER**
                                                             :
  JOHN ARTHUR HANRATTY,                                      :
                                          Defendant.   X
------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, as discussed following the jury verdict, the parties anticipate post-trial

motions.  It is hereby

       **ORDERED** that Defendant shall file any post-trial briefing by **August 25, 2025**.  The

Government shall file any response by **September 15, 2025**.  Defendant shall file any reply by

**September 26, 2025**.

Dated: August 4, 2025
        New York, New York

                                          _____
                                               **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**