UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                    :
  UNITED STATES OF AMERICA,                         :
                                                    :
                                                    :        24 Cr. 153 (LGS)
                    -against-                        :
                                                    :              ORDER
  JOHN ARTHUR HANRATTY,                              :
                                      Defendant.     :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the sentencing hearing currently scheduled for January 20, 2026, is adjourned to **March 3, 2026, at 11:00 a.m.** due to a conflict in the Court's schedule.

Dated: January 13, 2026
      New York, New York

                                  LORNA G. SCHOFIELD
                            UNITED STATES DISTRICT JUDGE