

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 28, 2026

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. John Arthur Hanratty*, 24 Cr. 153 (LGS)

Dear Judge Schofield:

    The Government attaches hereto as Exhibit 1 the victim impact statement of James Santori.

                Respectfully submitted,

                SEAN S. BUCKLEY
                Attorney for the United States
                *Acting Under Authority Conferred*
                *By 28 U.S.C. § 515*

            by: _____/s/_____
                Danielle Kudla / Adam Sowlati
                Assistant United States Attorneys
                (212) 637-2304 / 2438

Cc:    Defense Counsel (by ECF)

# Exhibit 1

**James Santori Statement**

Your Honor,

My name is James Santori and I worked alongside John Arthur Hanratty for many years. This case is deeply personal because Mr. Hanratty was not just a business associate—he was a colleague I trusted. That trust was broken in a way that has left a lasting impact on me.

While the financial loss I sustained was bearable, the real damage was the breach of trust and the countless hours I spent over the years trying to get honest answers from him. I believed in his integrity, and that belief cost me time, energy, and peace of mind.

I recognize that Mr. Hanratty has three children who are innocent victims in this situation. My heart goes out to them. However, accountability is essential. I hope the Court imposes a sentence that reflects the seriousness of his choices while considering the broader impact on his family.

Thank you for allowing me to share my perspective.

**Sincerely,**

**James Santori**