UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

JOHN ARTHUR HANRATTY,

                        Defendant.

------------------------------------------------------------ X

24 Cr. 153 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the sentencing hearing currently scheduled for March 3, 2026, is adjourned to **May 26, 2026, at 11:00 a.m.** in order to resolve certain issues disputed by the parties in connection with the sentencing.   It is further

**ORDERED** that by **March 20, 2026**, Defendant may file a Reply Sentencing Memorandum addressing the Government's arguments regarding the loss amount for purposes of the Sentencing Guidelines calculation.

Dated: March 3, 2026
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**