UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                       :
   UNITED STATES OF AMERICA,                           :
                                                       :
                                                       :        24 Cr. 153 (LGS)
               -against-                               :
                                                       :        ORDER
   JOHN ARTHUR HANRATTY,                                :
                                    Defendant.   :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, a sentencing hearing is currently scheduled for May 26, 2026.  It is hereby

        **ORDERED** that in advance of the sentencing hearing, defense counsel shall review the

mandatory, standard and special conditions in the Presentence Investigation Report dated

December 8, 2025, with Defendant, and again immediately before the sentencing hearing.


Dated:  April 1, 2026
        New York, New York

                                                 **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**