UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                 :

UNITED STATES OF AMERICA,         :

                                 :       24 Crim. 153 (LGS)

       -against-             :

                                 :       **ORDER**

JOHN ARTHUR HANRATTY,       :

                       Defendant.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the sentencing in this matter is scheduled for May 26, 2026.

WHEREAS, the Government's sentencing submission seeks "the imposition of forfeiture in the amount of $26 million," comprising "the amount owed to investors (PSR ¶122) in addition to the amount owed to Emigrant, which is $18 million in principal." The Government's sentencing submission does not explain the basis for a finding that these amounts are "property[] involved in" the violations of 18 U.S.C. § 1957 charged in Counts 3 and 4 of the Superseding Indictment, 18 U.S.C. § 982(a)(1), or "property constituting, or derived from, proceeds the person obtained directly or indirectly, as the result of" the violations of 18 U.S.C. §§ 1343 and 1344 charged in counts 1 and 2 of the Superseding Indictment, 18 U.S.C. § 982(a)(2).

WHEREAS, the Presentence Investigation Report ("PSR") in this matter states that Defendant objected to the portion of the PSR recommending forfeiture based on Counts 1 and 2 of the Indictment. The PSR states that, in response, the Government stated that it "shall address the matter before the Court at sentencing on whether an order of forfeiture is warranted in this case." It is hereby

**ORDERED** that, by **11:59 P.M. on May 22, 2026**, the Government shall file a letter stating (1) whether the Government contends an order of forfeiture is warranted in this case and

(2) the basis for imposing such order, and in what amount the Government seeks forfeiture.  It is further

**ORDERED** that, by **11:59 P.M. on May 22, 2026**, the Government shall file any proposed order of forfeiture.

Dated: May 21, 2026
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

2