UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA,

              -against-

JOHN ARTHUR HANRATTY,

                         Defendant.

------------------------------------------------------------- X

24 Crim. 153 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a sentencing in this action was held on May 26, 2026.

WHEREAS, at sentencing, restitution was found to be unascertainable on the current record.  While Emigrant Bank is owed restitution in the amount of $18,251,647.03, the record does not contain sufficient information to permit a finding of the appropriate rate, if any, of prejudgment interest on that amount.  The contractual interest rate, which the Government had proposed, is inappropriate because that rate would impermissibly award Emigrant Bank expectation damages.  *See United States v. Qurashi*, 634 F.3d 699, 704-05 (2d Cir. 2011).  It is hereby

**ORDERED** that, **June 2, 2026**, the Government shall file a letter, which may include the views of Emigrant Bank, addressing prejudgment interest on the restitution awarded at sentencing.  The letter shall discuss, in addition to any other relevant issue:  (1) the extent to which prejudgment interest may be waived, including pursuant to 18 U.S.C. § 3612(f)(3)(a) and (2) if prejudgment interest is not waived, the appropriate rate of prejudgment interest in this case, including specific discussion of the applicability of the approach outlined in *United States v.*

*Smerling*, No. 21 Crim. 317, 2022 WL 1806300 (S.D.N.Y. June 1, 2022).  By **June 9, 2026**,

Defendant shall file a responsive letter.

Dated:  May 26, 2026
       New York, New York

                                                             LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE