UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

JOHN ARTHUR HANRATTY,

Defendant.

---

24 Crim. 153 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Court is in receipt of the Verified Ancillary Petition of PFO Side Car LLC Pursuant to Fed. R. Crim. P. 32.2 and 21 U.S.C. § 853(n) and Request for Evidentiary Hearing, filed by PFO Side Car LLC ("Petitioner"). It is hereby

**ORDERED** that by **September 8, 2026**, the Government shall file a response. Petitioner's reply shall be filed by **September 18, 2026**.

Dated: August 25, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE