**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 8, 2026

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. John Arthur Hanratty*, 24 Cr. 153 (LGS)**

Dear Judge Schofield:

On August 24, 2026, PFO Side Car LLC (the "Petitioner") filed a petition seeking to exclude and protect its secured mortgage interest on certain real property located at 603-605 Richmond Avenue, Point Pleasant Beach, New Jersey 08742 (the "Property"). (Dkt. 244). The Court ordered the Government to respond by September 8, 2026, with Petitioner's reply due on September 18, 2026. The Government is currently working diligently to determine whether the Property is subject to the preliminary order of forfeiture issued by the Court on May 26, 2026. (Dkt. 232). Accordingly, the Government respectfully requests that the dates to respond to the Petition and for the Petitioner to file a reply be adjourned by 30 days. The Petitioner consents to this request.

Respectfully submitted,

SEAN S. BUCKLEY
Attorney for the United States
*Acting Under Authority Conferred*
*By 28 U.S.C. § 515*

by: ___*/s/*___
Adam Sowlati
Assistant United States Attorneys
(212) 637-2438

Cc: Defense Counsel (by ECF)

Application **GRANTED**. The Government's deadline to respond is adjourned nunc pro tunc from September 8, 2026, to **October 9, 2026**. Petitioner's deadline to file a reply is adjourned from September 18, 2026, to **October 20, 2026**.

Dated: September 9, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE