**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

JOHN ARTHUR HANRATTY,

Defendant.

ORDER EXCLUDING PROPERTY FROM PRELIMINARY ORDER OF FORFEITURE

24 Cr. 153 (LGS)

**WHEREAS**, on May 26, 2026, the Court entered a Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order"), forfeiting all right, title and interest of defendant John Arthur Hanratty in, among other things, any and all assets held by Ebury Fund 1 and Ebury Fund 2, including municipal tax liens and real estate (the "Specific Property") (ECF No. 232);

**WHEREAS**, on August 24, 2026, PFO Side Car LLC ("Petitioner") filed a Verified Ancillary Petition pursuant to Fed. R. Crim. P. 32.2 and 21 U.S.C. § 853(n), asserting a perfected mortgage interest in the real property located at 603-605 Richmond Avenue, Point Pleasant Beach, New Jersey 08742 (the "Property"), and seeking to exclude and protect that interest from the Preliminary Order (ECF No. 244);

**WHEREAS**, by order dated August 25, 2026, the Court directed the Government to respond to the Petition by September 8, 2026, with Petitioner's reply due by September 18, 2026 (ECF No. 245);

**WHEREAS**, by Memo Endorsement entered on September 9, 2026, the Court extended the Government's deadline to respond to the Petition until October 9, 2026 and Petitioner's deadline to reply until October 20, 2026 (ECF No. 249);

**WHEREAS**, on October 9, 2026, the Government filed its response, stating that it "has been unable to conclude that [the] Real Property constitutes an Ebury Fund Asset," that it "asserts that the Real Property is not subject to the Preliminary Order," and that it "disclaims any interest in the Real Property" (ECF No. 250); and

**WHEREAS**, the Government's disclaimer resolves the Petition and leaves no disputed issue for the Court to adjudicate;

**IT IS HEREBY ORDERED** that the Property, located at 603-605 Richmond Avenue, Point Pleasant Beach, New Jersey 08742, is not subject to the Preliminary Order; and it is further

**ORDERED** that the ancillary proceeding as to Petitioner PFO Side Car LLC's interest in the Property is concluded.

Dated: October 21, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 251.